# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

| | |
|---|---|
| In re:<br><br>Product Quest Manufacturing, LLC,<br><br>                                                      Debtor. | Chapter 7<br><br>Case No. 18-50946-LMJ |
| C. Edwin Allman, III, Chapter 7 Trustee of Product Quest Manufacturing, LLC,<br><br>                                                      Plaintiff,<br><br>vs.<br><br>ALKU Technologies, LLC,<br><br>                                                    Defendant. | Adv. No. 20-06136 |

## **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: December 16, 2020      **ASK LLP**

                                                          By: /s/ Nicholas C. Brown
                                                          Nicholas C. Brown, Esq., NC SBN 38054
                                                          Brigette McGrath, Esq., NY SBN 4962379
                                                          2600 Eagan Woods Drive, Suite 400
                                                          St. Paul, MN  55121
                                                          Telephone: (651) 289-3850
                                                          Email: nbrown@askllp.com

                                                          *Counsel for Plaintiff, C. Edwin Allman, III, as*
                                                          *Chapter 7 Trustee of Product Quest Manufacturing, LLC*